IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN O. HAWBAKER, INC., | No. 4:25-CV-00989 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WILLIAM H. LANE INCORPORATED, | |
| Defendant. | |

# ORDER

**JANUARY 16, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant William H. Lane Incorporated's Motion to Dismiss for Failure to State a Claim (Doc. 12) is **DENIED**;

2. Defendant William H. Lane Incorporated's Motion for Sanctions (Doc. 13) is **DENIED**;

3. The following briefing schedule for Plaintiff Glenn O. Hawbaker, Inc.'s initial petition (Doc. 1) is set forth as follows:

    a. Plaintiff shall submit a brief in support of their motion by January 28, 2026.

    b. Defendant shall submit a brief in opposition by February 11, 2026.

      c.      Plaintiff shall file a reply brief — if they wish to do so — by February 25, 2026.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] As set forth in the accompanying memorandum opinion, following the submission of Plaintiff's reply brief, the Court will decide the merits of the FAA motion (Doc. 1).