**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GLENN O. HAWBAKER, INC.,

Petitioner,

v.

WILLIAM H. LANE INCORPORATED,

Respondent.

No. 4:25-CV-00989

(Chief Judge Brann)

# ORDER

**SEPTEMBER 23, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Glenn O. Hawbaker's Petition (Doc. 1) is **DENIED**;
2. The Arbitration Award is **CONFIRMED**; and
3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge